IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY J. WASDEN,<br><br>Plaintiff<br><br>VS.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | No. 5:07-CV-143 (CWH)<br><br>**ORDER** |

The defendant, Michael J. Astrue, Commissioner of Social Security, by his undersigned attorneys, Maxwell Wood, United States Attorney for the Middle District of Georgia, and H. Randolph Aderhold, Assistant United States Attorney for said district, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to him for further administrative proceedings.

On remand, this case will be remanded to an administrative law judge, who will be directed to properly discuss and evaluate the medical evidence, including the opinions of treating physician Dr. Julian Earls regarding Plaintiff's functional limitations. The administrative law judge will be directed to articulate sufficient reasons for the weight given those opinions. The administrative law judge will also be directed to properly evaluate Plaintiff's residual functional capacity and the credibility of her subjective complaints. The administrative law judge will afford Plaintiff the opportunity for a new hearing, with testimony from a vocational expert as to what jobs she can perform, considering her vocational factors and residual functional capacity.

The administrative law judge will take any further action as needed to complete the administrative record and to issue a new decision.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and, in light of the Commissioner's request to remand this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).[1] *See Shalala v. Schaefer*, 113 S.Ct. 2625 (1993). Further, it is **ORDERED** that the cause be remanded to the Commissioner for further administrative action as set out above.

SO ORDERED AND DIRECTED, this 14th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.